# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action 17-cv-10701-GAO

Steven Merola,
**Plaintiff**

v.

Peter M. Coco et al
**Defendant**

## ORDER OF DISMISSAL

O'Toole, D.J.

In accordance with the Court's Order dated September 18 2019, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Taylor Halley
Deputy Clerk

September 18, 2019